Certificate Number: 14912-CAC-DE-038186300

Bankruptcy Case Number: 24-10252



14912-CAC-DE-038186300

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 14, 2024, at 12:46 o'clock PM EST, Diodilyn Apale completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:  February 14, 2024

By:  /s/Jai Bhatt

Name:  Jai Bhatt

Title:  Counselor